**SEALED**

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

May 13, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH RAY HAWKINS, JACQUELINE MARIE MARQUEZ, ALYSSA MARIE JONES, and EBONY CHANEL JONES <br><br> Defendants. | CASE NO. 2:21-cr-93 WBS <br><br> ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Special Assistant United States Attorney Robert J. Artuz to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of all the defendants or until further order of the Court.

May 13, 2021

_[signature]_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER TO SEAL                              1