# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA,**

        Plaintiff,

    v.

**KENNETH RAY HAWKINS,**

        Defendant.

CR NO: 2:21-cr-93-WBS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Kenneth Ray Hawkins | |
| Detained at: | Folsom State Prison | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: 18 U.S.C. §§ 1349 and 1341 |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: *Robert J. Artuz* (signed)

Printed Name & Phone No: Robert J. Artuz 916-544-2806

Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: July 2, 2021

*Allison Claire* (signed)
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | CDCR# AG4575 | DOB: | 00/00/74 |
| Facility Address: | 300 Prison Rd, Represa, CA 95671 | Race: | Black |
| Facility Phone: | (916) 985-2561 | FBI#: | 434752NA8 |
| Currently | Folsom State Prison | | |

## RETURN OF SERVICE

Executed on: _____

                    (signature)