PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH RAY HAWKINS,<br><br>Defendant. | CASE NO. 2:21-CR-0093-01 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 19, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

This case was previously set for a status conference on July 19, 2021. The government and Defendant Kenneth Ray Hawkins's undersigned counsel (the "parties") now seek to continue the status conference to September 20, 2021 at 9:00 a.m., and exclude time under the Speedy Trial Act and Local Code T4 for reasons stated below including defense preparation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 19, 2021.

2. By this stipulation, defendant now moves to continue the status conference to September 20, 2021, and exclude time between July 19, 2021, and September 20, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government is in possession of over 30 GB of data that is currently being

1  processed as discovery for production this month in this case.  This data includes, for example, law enforcement reports, CDCR reports, EDD records, bank records, surveillance photos, jail call recordings, interview recordings, cellular phone extractions, and social media posts.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, review the discovery, conduct research and investigation into the charges and alleged acts, consult with their clients, and otherwise prepare for trial.

c) At this time, the defendant has no objection to the Court continuing the status conference and agrees that this date is necessary for effective preparation as outlined below.

d) Counsel for defendant believes that the requested continuance will provide them reasonable time necessary for effective preparation, considering the exercise of due diligence.

e) The government does not object to the amount of time that the defense needs for effective trial preparation.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 19, 2021, to September 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2021	PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: July 15, 2021	/s/ *Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender
Counsel for Defendant
KENNETH RAY HAWKINS

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: July 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE