1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,         | CASE NO. 2:21-CR-0093-WBS
11 |                    Plaintiff,     | STIPULATION REGARDING EXCLUDABLE
   |                                   | TIME PERIODS UNDER SPEEDY TRIAL ACT;
12 |        v.                         | FINDINGS AND ORDER
13 | KENNETH RAY HAWKINS,              | DATE: September 20, 2021
   | JACQUELINE MARIE MARQUEZ,         | TIME: 9:00 a.m.
14 | ALYSSA MARIE JONES, and           | COURT: Hon. William B. Shubb
   | EBONY CHANEL JONES,
15 |
   |                    Defendants.
16

17

18    This case was previously set for a status conference on September 20, 2021. The government

19 and Defendants Kenneth Ray Hawkins, Jaqueline Marie Marquez, Alyssa Marie Jones, Ebony Chanel

20 Jones, through their undersigned counsel, (the "parties") now seek to continue the status conference to

21 December 13, 2021 at 9:00 a.m., and exclude time under the Speedy Trial Act and Local Code T4 for

22 reasons stated below including defense preparation.

23                                    **STIPULATION**

24    Plaintiff United States of America, by and through its counsel of record, and defendants, by and

25 through their counsel of record, hereby stipulate as follows:

26    1.   By previous order, this matter was set for status on September 20, 2021.

27    2.   By this stipulation, defendants now move to continue the status conference to September

28 20, 2021, and exclude time between September 20, 2021, and December 13, 2021, under 18 U.S.C.

§ 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

a) The government recently produced over 30 GB of data consisting of discovery in this case. This data includes, for example, law enforcement reports, CDCR reports, EDD records, bank records, surveillance photos, jail call recordings, interview recordings, cellular phone extractions, and social media posts. This discovery consists of over 6,700 pages of Bates-stamped documents as well as hundreds of other native files. All this discovery has been either produced directly to defense counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review the current charges, review the discovery, conduct research and investigation into the charges and alleged acts, consult with their clients, and otherwise prepare for trial.

c) At this time, the defendants have no objection to the Court continuing the status conference and agree that this date is necessary for effective preparation as outlined below.

d) Counsel for defendants believe that the requested continuance will provide them reasonable time necessary for effective preparation, considering the exercise of due diligence.

e) The government does not object to the amount of time that the defense needs for effective trial preparation.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 20, 2021, to December 13, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 15, 2021                       PHILLIP A. TALBERT
                                                Acting United States Attorney

                                                /s/ ROBERT J. ARTUZ
                                                ROBERT J. ARTUZ
                                                Special Assistant U.S. Attorney


Dated: September 15, 2021                       /s/ DAVID FI
                                                DAVID FISCHER
                                                Counsel for Defendant
                                                KENNETH RAY HAWKINS


Dated: September 15, 2021                       /s/ JOHN BALAZS
                                                JOHN BALAZS
                                                Counsel for Defendant
                                                JACQUELINE MARIE MARQUEZ


Dated: September 15, 2021                       /s/ SHERI RUSK
                                                SHERI RUSK
                                                Counsel for Defendant
                                                ALYSSA MARIE JONES


Dated: September 15, 2021                       /s/ DANIEL OLMOS
                                                DANIEL OLMOS
                                                Counsel for Defendant
                                                EBONY CHANEL JONES

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 17, 2021                       _____
                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE