PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-CR-0093-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| KENNETH RAY HAWKINS, JACQUELINE MARIE MARQUEZ, ALYSSA MARIE JONES, and EBONY CHANEL JONES, | DATE: December 13, 2021 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

This case was previously set for a status conference on December 13, 2021.  The government and Defendants Kenneth Ray Hawkins, Jaqueline Marie Marquez, Alyssa Marie Jones, Ebony Chanel Jones, through their undersigned counsel, (collectively, the "parties") now seek to vacate the status conference, set this case for a trial on October 12, 2022, and exclude time under the Speedy Trial Act and Local Code T4 for reasons stated below including defense preparation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 13, 2021.

2.      By this stipulation, defendants now move to vacate the status conference, set this case for trial on October 12, 2022, and exclude time between December 13, 2021, and October 12, 2022, under

STIPULATION REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT

1

1  18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].  The parties also request that the TCH be set on

2  September 12, 2022.

3        3.      The parties agree and stipulate, and request that the Court find the following:

4        a)      The government has produced over 30 GB of data consisting of discovery in this

5  case.  This data includes, for example, law enforcement reports, CDCR reports, EDD records,

6  bank records, financial records, ledgers, surveillance photos, jail call recordings, interview

7  recordings, cellular phone extractions, photographs, and social media posts.  This discovery

8  consists of over 6,700 pages of Bates-stamped documents as well as hundreds of other native

9  files.  All this discovery has been either produced directly to defense counsel and/or made

10  available for inspection and copying.

11        b)      Counsel for defendants desire additional time to review the current charges,

12  review the discovery, conduct research and investigation into the charges and alleged acts,

13  consult with their clients, and otherwise prepare for trial.

14        c)      At this time, the defendants have no objection to the Court setting a trial date as

15  requested and agree that this date is necessary for effective preparation as outlined below.

16        d)      Counsel for defendants believe that the requested continuance will provide them

17  reasonable time necessary for effective preparation, considering the exercise of due diligence.

18        e)      The government does not object to the amount of time that the defense needs for

19  effective trial preparation.

20        f)      Based on the above-stated findings, the ends of justice served by continuing the

21  case as requested outweigh the interest of the public and the defendants in a trial within the

22  original date prescribed by the Speedy Trial Act.

23        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

24  et seq., within which trial must commence, the time period of December 13, 2021, to October 12,

25  2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

26  T4] because it results from a continuance granted by the Court at defendant's request on the basis

27  of the Court's finding that the ends of justice served by taking such action outweigh the best

28  interest of the public and the defendants in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

5

6    Dated:  December 8, 2021                           PHILLIP A. TALBERT
                                                        Acting United States Attorney
7
                                                        /s/ ROBERT J. ARTUZ
8                                                       ROBERT J. ARTUZ
                                                        Special Assistant U.S. Attorney
9

10

11   Dated:  December 8, 2021                           /s/ DAVID FI
                                                        DAVID FISCHER
12                                                      Counsel for Defendant
                                                        KENNETH RAY HAWKINS
13

14   Dated:  December 8, 2021                           /s/ JOHN BALAZS
                                                        JOHN BALAZS
15                                                      Counsel for Defendant
                                                        JACQUELINE MARIE MARQUEZ
16

17   Dated:  December 8, 2021                           /s/ SHERI RUSK
                                                        SHERI RUSK
18                                                      Counsel for Defendant
                                                        ALYSSA MARIE JONES
19

20   Dated:  December 8, 2021                           /s/ DANIEL OLMOS
                                                        DANIEL OLMOS
21                                                      Counsel for Defendant
                                                        EBONY CHANEL JONES
22

23                              **FINDINGS AND ORDER**

24       IT IS SO FOUND AND ORDERED.

25       Dated:  December 9, 2021

26                                                      WILLIAM B. SHUBB
                                                        UNITED STATES DISTRICT JUDGE
27

28

STIPULATION REGARDING EXCLUDABLE TIME PERIODS    3
UNDER SPEEDY TRIAL ACT