1  PHILLIP A. TALBERT
   United States Attorney
2  ROBERT J. ARTUZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO.  2:21-CR-0093-WBS

11                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
12             v.                          ORDER

13  KENNETH RAY HAWKINS,                   DATE: October 12, 2022
    And ALYSSA MARIE JONES,                TIME: 9:00 a.m.
14                                         COURT: Hon. William B. Shubb
                          Defendants.
15

16

17        This case was previously set for trial on October 12, 2022.  There are four defendants in this

18  case.  Two defendants – including Jacqueline Marie Marquez and Ebony Chanel Jones – have already

19  pleaded guilty pursuant to a plea agreement and are awaiting sentencing.  They will not be going to trial.

20  Defendant Alyssa Jones has also signed a plea agreement and her change of plea will be scheduled soon.

21  The government and Defendants Kenneth Ray Hawkins and Alyssa Marie Jones (collectively, the

22  "parties") now seek to continue the current trial date from October 12, 2022, to February 14, 2023, and

23  exclude time under the Speedy Trial Act and Local Code T4 for reasons stated below including defense

24  preparation.  Because Defendant Alyssa Jones has not yet entered a guilty plea, she is also agreeing to

25  the trial continuance as set forth below.

26  / / /

27  / / /

28                                    **STIPULATION**

1    Plaintiff United States of America, by and through its counsel of record, and Defendants Kenneth

2    Ray Hawkins and Alyssa Marie Jones ("defendants"), by and through their counsel of record, hereby

3    stipulate as follows:

4    1.    By previous order, this matter was set for trial on October 12, 2022, with a trial

5    confirmation hearing set on September 12, 2022.

6    2.    By this stipulation, defendants now move to continue the trial date to **February 14, 2023**

7    **at 9:00 a.m**., and exclude time between October 12, 2022, and February 14, 2023, under 18 U.S.C.

8    § 3161(h)(7)(A), B(iv) [Local Code T4].  The parties also request that the TCH be vacated and

9    continued to **January 9, 2023 at 9:00 a.m.**

10    3.    The parties agree and stipulate, and request that the Court find the following:

11    a)    The government has produced over 30 GB of data consisting of discovery in this

12    case.  This data includes, for example, law enforcement reports, CDCR reports, EDD records,

13    bank records, financial records, ledgers, surveillance photos, jail call recordings, interview

14    recordings, cellular phone extractions, photographs, and social media posts.  This discovery

15    consists of over 6,700 pages of Bates-stamped documents as well as hundreds of other native

16    files.  Since the defendants' last request for a continuance and exclusion of time, the government

17    has made available for inspection the statements of two key witnesses.  The government is also

18    in the process of producing jail calls associated with at least two of the defendants.  All this

19    discovery has been either produced directly to defense counsel and/or made available for

20    inspection and copying.

21    b)    Counsel for defendants desire additional time to review the current charges,

22    review the discovery, conduct research and investigation into the charges and alleged acts,

23    consult with their clients, and otherwise prepare for trial.

24    c)    At this time, the defendants have no objection to the Court setting a trial date as

25    requested and agree that this date is necessary for effective preparation as outlined below.

26    d)    Counsel for defendants believe that the requested continuance will provide them

27    reasonable time necessary for effective preparation, considering the exercise of due diligence.

28    e)    The government does not object to the amount of time that the defense needs for

1    effective trial preparation.

2           f)      Based on the above-stated findings, the ends of justice served by continuing the

3    case as requested outweigh the interest of the public and the defendants in a trial within the

4    original date prescribed by the Speedy Trial Act.

5           g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

6    et seq., within which trial must commence, the time period of October 12, 2022, to February 14,

7    2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

8    T4] because it results from a continuance granted by the Court at defendant's request on the basis

9    of the Court's finding that the ends of justice served by taking such action outweigh the best

10   interest of the public and the defendants in a speedy trial.

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 10, 2022                          PHILLIP A. TALBERT
                                              Acting United States Attorney

                                              /s/ ROBERT J. ARTUZ
                                              ROBERT J. ARTUZ
                                              Special Assistant U.S. Attorney

Dated:  May 10, 2022                          /s/ DAVID FISCHER
                                              DAVID FISCHER
                                              Counsel for Defendant
                                              KENNETH RAY HAWKINS

Dated:  May 10, 2022                          /s/ SHERI RUSK
                                              SHERI RUSK
                                              Counsel for Defendant
                                              ALYSSA MARIE JONES

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 11, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE