IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-00093-01 WBS |
| Plaintiff, | **ORDER SETTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| KENNETH RAY HAWKINS, | |
| Defendant. | |

### ORDER

On September 6, 2022, the parties appeared before the Court for a status hearing regarding the appointment of new counsel for the defendant.  At the hearing, new defense counsel, who was appointed on September 2, 2022, requested additional time to review the file that he received from the defendant's prior counsel and indicated that he wished to review the transcripts from prior proceedings in this matter.  Accordingly, the parties jointly requested to convert the October 24, 2022 Judgment and Sentencing into a status hearing.

///

///

1

Accordingly, upon consideration of the representations of counsel at the September 6, 2022 status hearing, the Court hereby **ORDERS** that:

(1) This matter is set for a Status Conference re Sentencing on October 24, 2022, at 9:00 a.m.;

(2) Time is excluded from September 6, 2022, through October 24, 2022, pursuant 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4) based on the Court's finding that the ends of justice served by granting such an exclusion of time out weigh the best interests of the defendants and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated:   September 8, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE