Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
KENNETH RAY HAWKINS

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:21-cr-00093-01 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SENTENCING AND SET** |
| vs. ) | **PSR DISCLOSURE SCHEDULE** |
| ) | |
| KENNETH RAY HAWKINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jessica Delaney, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Kenneth Ray Hawkins, that the previously scheduled sentencing date of December 19, 2022, be vacated and the matter set for Judgment and Sentencing on March 20, 2023, at 9:00 a.m.  The parties also stipulate to the following Presentence Report disclosure schedule:

| | |
|---|---|
| Judgment and Sentencing | March 20, 2023 |
| Sentencing Memorandum | March 13, 2023 |
| Formal Objections | March 6, 2023 |
| Final PSR | February 28, 2023 |
| Informal Objections | February 21, 2023 |
| Draft PSR | February 7, 2023 |

**1**

**Stipulation and Order to Continue Sentencing**

This continuance is requested because defense counsel was substituted into the case on September 6, 2022. The reason for the substitution was due to Mr. Hawkins requiring new counsel to determine if a basis to withdraw his plea existed. Mr. Hawkins is prepared to standby his plea.

The Government concurs with this request.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 1, 2022        Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
KENNETH RAY HAWKINS

Dated: December 1, 2022        Phillip Talbert
United States Attorney

By: /s/ Michael E. Hansen for
JESSICA DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the December 19, 2022, sentencing shall be continued until March 20, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Sentencing**